## Warrior Run School District Appeal.

Argued September 17, 1970. *Howard Berman,* with him *Joseph C. Giebus,* for appellant; *Patrick H. Washington,* Deputy Attorney General, with him *Robert F. Speaker,* Assistant Attorney

General, and *Fred Speaker*, Attorney General, for State Board of Education, appellee.

Order affirmed.